**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rodney Bernard GREENE,
Defendant—Appellant.**

No. 04-4439.

United States Court of Appeals,
Fourth Circuit.

Submitted May 25, 2005.

Decided June 8, 2005.

David Grant Belser, Belser & Parke, P.A., Asheville, North Carolina, for Appellant. Gretchen C.F. Shappert, United States Attorney, Thomas Richard Ascik, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Rodney Bernard Greene appeals the district court's order revoking his supervised release and imposing a six-month custodial sentence. Greene has been discharged from federal custody, his sentence did not include a term of supervised release, and there are no continuing collateral consequences from the district court's revocation order and imposition of sentence. We therefore dismiss Greene's appeal as moot. *See Spencer v. Kemna,* 523 U.S. 1, 10, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*